ymos·Bos

TYPE OF HEARING **Sent**
CASE NO# **13-798 MJ**
MAGISTRATE JUDGE: Anderson
DATE: **5-12-14**
TIME: **10:00**
Tape: FTR RECORDER
DEPUTY CLERK: N. BLACKMON

**EASTERN DISTRICT OF VIRGINIA**

UNITED STATES OF AMERICA

vs.

**Ahmad Adel**

GOVT. ATTY **P. Embroski**

DEFT'S ATTY **T. Watson**

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES ( )
COURT TO APPOINT COUNSEL ( )

Ct 3 · O.A.S. - 10 days BOP (concurrent $200. $20.00 SA
Ct 4 · D.U.I. - 2 yrs Supervised Probation 60 days B.O.P 500.
R.O.L. - alcohol program, drug testing/treatment. Interlock 2nd yr.
1,2,5 dism                                              1st yr. Not drive

PROBABLE CAUSE: FOUND ( ) / NOT FOUND ( )
BOND _____

Deft remanded

NEXT COURT APPEARANCE _____ TIME _____
RECORDER                          RECORDER
INDEX#         SPEAKER            INDEX #      SPEAKER

21 mins