Prob 12A (10/09)

# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Ahmad W. Adel _____   Docket No. 1:13MJ00798 _____

### Petition on Probation

COMES NOW Daniel D. Gillespie, Jr., PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Ahmad W. Adel, who was placed on supervision by the Honorable John F. Anderson, United States Magistrate Judge sitting in the Court at Alexandria, Virginia, on the 13th day of May, 2014, who fixed the period of supervision at two (2) years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows: **1)** the defendant shall enter and complete an alcohol education program at the direction of the probation officer; **2)** the defendant shall undergo drug testing and treatment at the direction of the probation office; **3)** commencing May 13, 2014, and continuing for one (1) year, the defendant may not operate a motor vehicle; **4)** during the second year of supervision, the defendant may not operate a motor vehicle unless he has a valid license to do so, and then only if equipped with an ignition interlock device and only (a) to and from work, (b) during the course of work if required as an incident of employment; and (c) to and from this court, the probation office, and to and from the alcohol and or drug treatment facility; and **5)** the defendant shall pay a $200.00 fine and a $10.00 special assessment as to Count 3, and a $500.00 fine and $10.00 special assessment as to Count 4, to be paid by November 13, 2014.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a ~~warrant~~ *SUMMONS* to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked *for APRIL 28 2015 AT 10:00 AM. IF HE FAILS TO APPEAR, AN ARREST WARRANT WILL BE ISSUED.*

### ORDER OF COURT

Considered and ordered this ___14th___ day of April, 2015 and ordered filed and made a part of the records in the above case. ___/s/___ *JFA*

John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 13 2015

Daniel D. Gillespie
Daniel D. Gillespie, Jr.
U.S. Probation Officer
703-299-2285

Place Alexandria, Virginia

**TO CLERK'S OFFICE**

Petition on Probation
Page 2
RE: Adel, Ahmad W.

OFFENSE: Operating After Suspension (Count 3) and Driving Under the Influence (Count 4).

SENTENCE: The defendant was sentenced to 60 days imprisonment, ten (10) days as to Count 3, and 60 days as to Count 4, to be served concurrent, followed by two (2) years of supervised probation as to each count to be served concurrent, coupled with the special conditions as listed on page one (1).

ADJUSTMENT TO SUPERVISION: The defendant completed service of his period of confinement at the Alexandria Detention Center on July 14, 3014, and began his period of supervision. The defendant's overall adjustment to supervision has been marginal. A petition was filed in January 2015 advising the court of drug testing infractions and failure to pay fines and court costs. Mr. Adel was found in violation by the Court in February 2015, at which time the violation hearing was continued for 60 days to review Mr. Adel's compliance with substance abuse testing and treatment participation with National Counseling Group.

Since the violation hearing in February Mr. Adel had been reporting as directed, complying with substance abuse testing, and participating in substance abuse treatment with National Counseling Group as directed. Mr. Adel remains unemployed at this time. On April 3, 2015, an order dismissing the petition was issued by the Court based on the defendant's satisfactory adjustment during the review period.

The defendant was referred to the Bull Run Alcohol Safety Action Program (ASAP) and was recommended for educational and treatment services based on his substance abuse history. Mr. Adel has completed the educational component of the program.

Mr. Adel has made two (2) $100.00 payments towards his outstanding fine in this case since his last court appearance. He remains with an outstanding balance of $420.00.

VIOLATIONS: The following violations are submitted for the Court's consideration.

**STANDARD CONDITION 1:**     **LEAVING THE JUDICIAL DISTRICT WIHOUT PERMISSION FROM THE PROBATION OFFICER.**

On April 3, 2015, this officer received an automated query response for Mr. Adel from U.S. Customs and Border Protection regarding a records check for a travel manifest. On April 3 and April 4, 2015, this officer had email contact with Mr. Adel to inquire about any unauthorized travel. Mr. Adel advised this officer that he was in the process of traveling to San Francisco, California to visit a cousin who is suffering from terminal cancer. Mr. Adel acknowledged that he had failed to obtain travel authorization as required by the terms of his supervision. This officer advised Mr. Adel that the travel was not authorized and requested that he report to the Probation Office immediately following his return. Mr. Adel advised he was unaware of his return date as he was traveling on a one-way ticket. This officer directed Mr. Adel to advise of the return date once confirmed. As of this writing, Mr. Adel remains on unauthorized travel and has not informed this officer of a return date.

**SPECIAL CONDITION 1:**     **FAILURE TO COMPLY WITH ALCOHOL TREATMENT REQUIREMENTS.**

On April 6, 2015, this officer received non-compliance notification from the Bull Run Alcohol Safety Action Program advising that Mr. Adel failed to report for a case review office appointment on April 2, 2015, has failed to provide proof of counseling participation, and has failed to make payments towards his outstanding program fee balance of $400.00.

**Petition on Probation**
**Page 3**
**RE: Adel, Ahmad W.**

**SPECIAL CONDITION 2:**　　　　**FAILURE TO REPORT FOR SUBSTANCE ABUSE TESTING AND TREATMENT AS DIRECTED.**

On April 6, 2015, Mr. Adel failed to report to the Probation Office for substance abuse testing as required by his Code-A-Phone Calling and Reporting Instructions.  On April 7, 2014, Mr. Adel failed to attend a scheduled treatment session with National Counseling Group.  Mr. Adel was not authorized to travel on these dates and was not excused from drug testing or treatment groups.

DDG/mbp